UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-22754-Civ-COOKE/GOODMAN

JERALD KATZOFF,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., a Bermuda
corporation d/b/a NORWEGIAN
CRUISE LINES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation ("Report") of the Honorable Jonathan Goodman, U.S. Magistrate Judge (ECF No. 120), regarding Defendant's *Daubert* Motion to Exclude Plaintiff's Expert Witness (ECF No. 97). In the thorough and well-reasoned Report, Judge Goodman recommends that this Court grant Defendant's Motion. The Court has reviewed the entire relevant record and has conducted a *de novo* review of Plaintiff's objections to the Report. After careful consideration, it is **ORDERED** and **ADJUDGED** that Judge Goodman's Report (ECF No. 120) is **AFFIRMED** and **ADOPTED** as the Order of this Court.

Accordingly, Defendant's Motion (ECF No. 97) is **GRANTED**.

**DONE and ORDERED** in chambers, Miami, Florida, this 14th day of July 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*